

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-20-00044-CR

———————————————————

DAVID WRIGHT, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 371st District Court
Tarrant County, Texas
Trial Court No. 1604352D

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant David Wright filed a pro se notice of appeal attempting to appeal from the order of deferred adjudication placing him on deferred-adjudication community supervision for three years pursuant to his plea of guilt for the offense of robbery causing bodily injury. *See* Tex. Penal Code Ann. § 29.02. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2), (d). The trial court's order, which sets forth the terms of the plea, supports the certification.

We informed Appellant of our concern that we lack jurisdiction over this appeal based on the trial court's certification. We gave Appellant the opportunity to file a response, and his court-appointed trial counsel filed a response stating that the trial court did not grant Appellant the right of appeal and that there is no right of appeal.[1]

Accordingly, because the trial court's certification indicates that Appellant has no right of appeal, we must dismiss this appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: March 26, 2020

---

[1]Appellant's court-appointed trial counsel also filed a motion to withdraw. We dismiss the motion as moot.